# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1122
Lower Tribunal No. 20-9685
_____

**Geovanni Dalessandro,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Levin Litigation, PLLC, and Yitzhak Levin (Hollywood), for appellant.

Kubicki Draper and Angela C. Flowers (Ocala), for appellee.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Silvia v. Castle Key Ins. Co.</u>, 362 So. 3d 324 (Fla. 1st DCA 2023).